IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 1:17-cr-00513 |
| Plaintiff, | ) ) | JUDGE CHRISTOPHER A. BOYKO |
| vs. | ) ) | |
| IRWIN JOSE VARGAS et. al., | ) ) | **DEFENDANTS' JOINT MOTION TO CONTINUE ALL DATES AND** |
| Defendant. | ) | **DEADLINES** |
| | ) | |

Now comes the Defendants Irwin Jose Vargas, Keyra Linnette Martinez, Irwing Vargas Rosario, Isidoro M. Gonzalez, Alcides Garcia, Austin Natale, Kayla Mae Jonela, Rosemary Howell, Dennis Mansfield, William Rodriguez, Jeffery Mack, Victor Felix, Nelson Benitez, Jr., Thomas Lopez, and Edgar Arroyo, by and through their undersigned counsel, and hereby respectfully request this Honorable Court to continue all dates and deadlines for ninety (90) days, until January 2019.

On December 16, 2017, the fifteen (15) Defendants were named in a twenty-nine (29) count Indictment which alleges that from October 1, 2016 through the present, the Defendants knowingly conspired to possess with the intent to distribute at least 400 grams or more of a mixture or substance containing a detectable amount of fentanyl, 1 kilograms or more of a mixture containing a detectable amount of heroin, 5 kilograms or more of a mixture containing a detectable about of cocaine and U847700 in violation of 21 USC 841(a)(1), (b)(1)(A) and (b)(1)(C). On January 24, 2018, this Honorable Court issued its Trial Order, scheduling a pretrial motions deadline of September 21, 2018, a final pretrial conference for October 5, 2018 and a jury trial for October 15, 2018.

1

The Defendants jointly request this Honorable Court to extend all dates and deadlines in the pretrial order pursuant to 18 U.S.C. § 3161(h)(7)(A). In this instant case, having full knowledge of the particulars of the Speedy Trial Act as it relates to the dismissal of cases for failure to commence trial, each of the above captioned defendants have been informed of their rights by their undersigned counsel and respectfully submit that the interests of justice will be best served by granting the continuance requested herein. Pursuant to Section 3161(h) of the Speedy Trial Act, certain periods of delay shall be excluded in computing the time within which the trial of any offense must commence.

In determining whether a continuance is justified, this Court must make the necessary findings that the interest of justice will be served by so permitting such a continuance of the trial date. Title 18, Section 3161(h)(7)(B) provides that a judge shall consider certain factors in making such a determination concerning the interests of justice; and that the reasons for such determination shall be set forth on the record. Title 18, Section 3161(h)(7)(B)(ii) provides that among the factors to be considered by the court are:

> Whether the case is so unusual or so complex, due to the nature of the prosecution, or the existence of novel questions of fact or law, that it is unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within the time limits established by this section.

The Defendants respectfully submit that the interests of justice will be best served by granting the continuance requested herein. All counsel has requested and received extensive discovery material from the government, which includes many documents, tangible evidence, telephone records, Title III wiretap calls and applications, search warrants, videos, and other material. Counsel need additional time to review this voluminous discovery material, further investigate this case, interview potential witnesses, perform legal research, and have additional

discussions with the Defendants in order to effectively represent their clients and perform their due diligence. AUSA Matthew J. Cronin has indicated that the government does not oppose the granting of this instant request.

Based upon the foregoing, Defendants Irwin Jose Vargas, Keyra Linnette Martinez, Irwing Vargas Rosario, Isidoro M. Gonzalez, Alcides Garcia, Austin Natale, Kayla Mae Jonela, Rosemary Howell, Dennis Mansfield, William Rodriguez, Jeffery Mack, Victor Felix, Nelson Benitez, Jr., Thomas Lopez, and Edgar Arroyo jointly respectfully request this Honorable Court to continue all dates and deadlines for ninety (90) days to another date(s) that is convenient for the Court.

Respectfully Submitted,

s/ Jaime P. Serrat_____
JAIME P. SERRAT (#0031660)
55 Public Square, Suite 2100
Cleveland, OH 44113
(216) 696-2150;(216) 696-1718- fax
serratlaw@hotmail.com
**Counsel for Nelson Benetiz**

s/ David L. Grant _____
DAVID L. GRANT (#0008407)
1360 East Ninth Street
600 IMG Bldg.
Cleveland, OH 44114
216-241-6868
Fax: 216-241-5464
lawyer4444@aol.com
**Counsel for Irwin Jose Vargas**

s/ James J. McDonnell_____
JAMES J. MCDONNELL (#0005802)
55 Public Square, Suite 2100
Cleveland, OH 44113
216-798-0346
Fax: 216-363-6054
jamesjmcdonnell@sbcglobal.net
**Counsel for Keyra Linnette Martinez**

s/ James Michael Campbell_____
CAMPBELL LAW OFFICE (#0004733)
2717 Manchester Road
Akron, OH 44319
330-745-2422
Fax: 330-745-2447
jamescampbell@campbelllawakron.com
**Counsel for Irwing Vargas Rosario**

s/ Brian R. McGraw_____
BRIAN R. MCGRAW (#0036799)
55 Public Square, Suite 2100
Cleveland, OH 44113
216-574-2516
Fax: 216-696-1718
brianmcgraw7579@yahoo.com
**Counsel for Isidoro M. Gonzalez**

s/ Michael J. Rendon_____
MICHAEL J. RENDON (#0080565)
55 Public Square, Suite 2100
Cleveland, OH 44113
216-341-5840
Fax: 888-398-5740
mjrendonllc@gmail.com
**Counsel for Alcides Garcia**

s/ Kenneth R. Callahan , Jr._____
Collins & Scanlon (#0032704)
3300 Terminal Tower
50 Public Square
Cleveland, OH 44113
216-696-0022
Fax: 216-696-1166
kcallahan@collins-scanlon.com
**Counsel for Austin Natale**

s/ Kevin M. Cafferkey_____
KEVIN M. CAFFERKEY (#0031470)
55 Public Square
2100 Illuminating Building
Cleveland, OH 44113
(440) 221-4674)
(216) 696-1718- fax
serratlaw@hotmail.com
**Counsel for Kayla Mae Jonela**

s/ Edward R. LaRue_____
EDWARD R. LARUE (#0058552)
820 W. Superior Avenue, Ste. 840
Cleveland, OH 44113
216-696-8995
Fax: 216-272-8289
larueatlaw@gmail.com
**Counsel for Rosemary Howell**

s/ Steve W. Canfil_____
STEVE W. CANFIL (#0001297)
55 Public Square
2100 Illuminating Building
Cleveland, OH 44113
216-363-6033
Fax: 440-227-3017
stcanf@gmail.com
**Counsel for Dennis Mansfield**

s/ Michael H. Peterson_____
Michael H. Peterson (#0010599)
820 W. Superior Avenue, Ste. 840
Cleveland, OH 44113
216-771-1900
Fax: 216-566-0738
michaelhenrypeterson@hotmail.com
**Counsel for William Rodriguez**

/s/ Mark B. Marein_____
MAREIN & BRADLEY(#0008118)
526 Superior Avenue
222 Leader Bldg.
Cleveland, OH 44114
216-781-0722
Fax: 216-781-6010
mark@mareinandbradley.com
**Counsel for Jeffery Mack**

s/ Patrick M. Farrell_____
Patrick M. Farrell (#0011362)
600 East Granger Road 2nd Floor
Brooklyn Heights, OH 44131
216-661-5050
Fax: 216-771-3387
pmf@patfarrelllaw.com
**Counsel for Victor Felix**

s/ Joseph P. Morse _____
Joseph P. Morse (#0073298)
323 W. Lakeside Avenue, Ste. 300
Cleveland, OH 44113
216-241-0520
Fax: 216-241-6961
jpm@jmorse-law.com
**Counsel for Thomas Lopez**

s/ Michael J. O'Shea_____
Lipson O'Shea (#0039330)
110 Hoyt Block Bldg.
700 West St. Clair Avenue
Cleveland, OH 44113
216-241-0011
Fax: 216-566-9966
michael@lipsonoshea.com
**Counsel for Edgar Arroyo**

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 17, 2018, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                /s/ Jaime P. Serrat_____
                                                JAIME P. SERRAT (#0031660)