IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 1:17-CR-513 |
| | ) | |
| Plaintiff, | ) | JUDGE CHRISTOPHER A. BOYKO |
| | ) | |
| v. | ) | |
| | ) | |
| IRWIN JOSE VARGAS, et al | ) | NOTICE OF MOTION TO TRANSFER |
| | ) | RELATED CASE TO THE DOCKET OF |
| Defendant. | ) | JUDGE CHRISTOPHER A. BOYKO |
| | ) | |

The United States of America, by and through its counsel, Justin E. Herdman, United

States Attorney, and Matthew J. Cronin, Assistant United States Attorney, respectfully provides

notice to the Court that it filed a contemporaneous motion pursuant to Administrative Order No.

160 and Local Rule 57.9(b)(3) before Judge James S. Gwin for Judge Gwin to issue an order

reassigning the case United States v. Roy Kahn, et al (Case No. 1:19-CR-46) to the docket of

Judge Christopher A. Boyko.  The United States made this motion because United States v.

Vargas (Case Number 1:17-CR-513) is currently an ongoing matter assigned to this Court whose

charged crimes involve many of the same facts and allegations involved in Case Number 1:19-

CR-46.  In addition to the these facts and allegations, United States v. Kahn involves a number of

the same defendants indicted in United States v. Vargas that will be sentenced in that case.  In

order to provide the judiciary with a full scope of their activities and avoid unnecessary

duplication in work, the United States respectfully states that, in the interest of justice and

judicial economy, all parties and the courts would be best served in transferring the case.

Therefore, to allow for the expeditious administration of these cases, the United States

respectfully requests that the Court enter an order transferring Case Number 1:19-CR-46 to the docket of Judge Christopher A. Boyko

To allow for the expeditious administration of these cases, the United States respectfully requested that Judge Gwin enter an order transferring United States v. Roy Kahn (Case No. 1:19-CR-46) to the docket of Judge Christopher A. Boyko, and hereby gives notice of such motion to this Court.

Respectfully submitted,

JUSTIN E. HERDMAN
United States Attorney

By:    */s/Matthew J. Cronin*
       Matthew J. Cronin (VA: 80267)
       Assistant United States Attorney
       United States Court House
       801 West Superior Avenue, Suite 400
       Cleveland, OH 44113
       (216) 622-3955
       (216) 522-8355 (facsimile)
       Matthew.Cronin@usdoj.gov

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 29, 2019, a copy of the foregoing document was filed

electronically. Notice of this filing will be sent to all parties by operation of the Court's

electronic filing system. Parties may access this filing through the Court's system.


/s/ Matthew J. Cronin
Matthew J. Cronin
Assistant U.S. Attorney